The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| NADIA AJEIL,<br><br>            Petitioner,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,<br><br>            Respondents. | Case No. C18-1644 RAJ<br><br>JOINT STIPULATION AND ORDER |

The parties hereby STIPULATE AND AGREE as to the following:

(1) That this matter is REMANDED to USCIS for reopening of the naturalization application filed by Plaintiff Nadia Ajeil ("Plaintiff");

(2) That, based on new information that was presented to the agency since the filing of this action, USCIS agrees that Plaintiff was lawfully admitted for permanent residence for purposes of her application for naturalization;

(3) That USCIS will approve Plaintiff's application for naturalization so long as Plaintiff has continued to meet the good moral character requirements, and within fourteen (14) days of the entry of this order, will schedule Plaintiff for the oath of citizenship, and will serve her and her counsel with a Form N-445;

STIP. & ORDER - 1
Ajeil v. USCIS, C18-1644RAJ

(4) That, so long as Plaintiff continues to meet the good moral character requirements necessary to naturalize, and upon receipt of the properly executed and sufficient Form N-445, USCIS will administer the oath of citizenship and naturalize Plaintiff;

(5) That the parties will bear their own costs, attorney's fees, and any other expenses incurred in this litigation; and

(6) That the Court will retain jurisdiction to enforce the terms of this agreement and any disputes that arise thereunder.

DATED this 13th day of September, 2019.

For Petitioner,

s/ Christopher Strawn
Director, Immigration Law Clinic,
University of Washington School of Law

Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
Phone: (206) 957-8628
Fax: (206) 587-4025

For Respondents,

s/ C. Frederick Sheffield
C. FREDERICK SHEFFIELD
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4737

STIP. & ORDER - 2
Ajeil v. USCIS, C18-1644RAJ

Immigration Clinic, Univ. Wash. Law School
Northwest Immigrant Rights Project
615 2nd Ave., Suite 400, Seattle, WA 98104
Tel: 206-957-8628

ORDER

On stipulation of the parties and review of the Court, it is so ORDERED.

DATED this 18th day of September, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

STIP. & ORDER - 3
Ajeil v. USCIS, C18-1644RAJ

Immigration Clinic, Univ. Wash. Law School
Northwest Immigrant Rights Project
615 2nd Ave., Suite 400, Seattle, WA 98104
Tel: 206-957-8628